NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**XI'AN METALS & MINERALS IMPORT & EXPORT CO., LTD.,**
*Plaintiff-Appellant*

**STANLEY WORKS (LANGFANG) FASTENING SYSTEMS CO., LTD., STANLEY BLACK & DECKER, INC.,**
*Plaintiffs*

**v.**

**UNITED STATES, MID CONTINENT STEEL & WIRE, INC.,**
*Defendants-Appellees*

---

2018-2269

---

Appeal from the United States Court of International Trade in Nos. 1:15-cv-00109-TJA, 1:15-cv-00121-TJA, Senior Judge Thomas J. Aquilino, Jr.

---

**JUDGMENT**

---

GREGORY S. MENEGAZ, ALEXANDRA H. SALZMAN, DeKieffer & Horgan, PLLC, Washington, DC, argued for plaintiff-appellant. Also represented by JAMES KEVIN

HORGAN.

SOSUN BAE, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee United States. Also represented by JOSEPH H. HUNT, JEANNE DAVIDSON; DAVID W. CAMPBELL, ELIO GONZALEZ, Office of Chief Counsel for Trade Enforcement and Compliance, United States Department of Commerce, Washington, DC.

ADAM H. GORDON, The Bristol Group PLLC, Washington, DC, argued for defendant-appellee Mid Continent Steel & Wire, Inc. Also represented by PING GONG.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, PLAGER, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 2, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court